

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00747-CV

Leonard Wayne **FLINT**,
Appellant

v.

**KRIPCO ENTERPRISES, INC.** d/b/a Kripco Landscape & Irrigation and Christopher Ryan Box,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1435-CV-C
Honorable William D. Old III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Because appellant is indigent, no costs are assessed. *See* TEX. R. APP. P. 20.1.

SIGNED April 30, 2025.

_____
Rebeca C. Martinez, Chief Justice